```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JULIO PINEDA,<br><br>             Plaintiff,<br><br>     -v-<br><br>ROTARY LIFT, et al.<br><br>             Defendants. | 23-cv-2405 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On September 26, 2023, defendants moved for summary judgment. Upon consideration of the parties' written submissions and oral argument, the Court hereby grants defendants' motion for summary judgment. An opinion explaining the reasons for this decision will follow in due course, at which time judgment will be entered.

The Clerk of Court is respectfully directed to close entry numbers 16 and 19.

SO ORDERED.

Dated:   New York, NY

         October 27, 2023

                                              _____
                                              JED S. RAKOFF, U.S.D.J.