**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JULIO PINEDA

                Plaintiff,                      23 **CIVIL** 2405 (JSR)

       -v-                                     **<u>JUDGMENT</u>**

ROTARY LIFT, et al.

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 14, 2023, the Court hereby reconfirms its "bottom-line" order granting summary judgment to defendants. Judgment entered for the defendants. Accordingly the case is closed.

**Dated:**  New York, New York

      November 14, 2023

                                                                               RUBY J. KRAJICK
                                                                               Clerk of Court

                                                    **BY:**
                                                                                   _____
                                                                                     **Deputy Clerk**